IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION (DAYTON)

| | | |
|---|---|---|
| **MIAMI VALLEY FAIR HOUSING CENTER, INC.** | : : : : : : : : : : : | Case No. 3:23-cv-00240 <br><br> Judge MICHAEL NEWMAN <br><br> **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |
| Plaintiff, | | |
| v. | | |
| **TSM PARTNERS, LTD., et al.** | | |
| Defendant. | | |

Now comes Plaintiff and Defendant (the "Parties"), pursuant to Federal Rule of Civil Procedure 41(a)(1), and hereby stipulate to the dismissal of the above-captioned action, with prejudice. The Court shall retain jurisdiction to enforce the terms and conditions of the Parties' Settlement Agreement until December 31, 2026.

Respectfully submitted,

| | |
|---|---|
| /s/ Timothy Rudd | /s/ C. Jacob Davis |
| Timothy Rudd (075490) <br> BRAUM RUDD <br> 812 E. Franklin Street <br> Ph: 937-396-0089 / Fax 937-396-104 <br> trr@braumrudd.com <br> *Attorney for Defendant* | C. Jacob Davis (0101745) <br> NALLS DAVIS <br> 33 White Allen Avenue <br> Dayton, Ohio 45405 <br> Ph: (937) 813-3003 / Fax: (937) 200-7285 <br> Email: jacob.davis@nallslaw.com <br> *Attorney for Plaintiff* |